Stroehmann Brothers Co. Appeal.

Argued May 20, 1974. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Mark S. Dichter,* with him *Arthur R. Littleton,* and *Morgan, Lewis & Bockius,* for appellant.

*Warren J. Borish,* with him *Bernard N. Katz,* and *Meranze, Katz, Spear & Wilderman,* for appellee.

OPINION PER CURIAM, November 20, 1974:
Appeal hereby dismissed as moot.